

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00316-CV

**OLD AMERICAN COUNTY MUTUAL FIRE INSURANCE COMPANY**,
Appellant/Cross-Appellee

v.

Brenda Lynn **JUAREZ**,
Appellee/Cross-Appellant,

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 13-06-28583-MCVAJA
Honorable Timothy F. Johnson, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  November 2, 2016

REVERSED AND REMANDED

The parties have filed a "Joint Motion to Dismiss" stating they have reached an agreement to settle and compromise their differences in this appeal.  The parties ask the court to render judgment setting aside the trial court's judgment, dismiss both parties' appeals, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement.  *See* TEX. R. APP. P. 42.1(a)(2)(B).  The parties' joint motion is granted.  We reverse the trial court's judgment, and remand this case to the trial court for further proceedings consistent with the parties' agreement.

PER CURIAM